UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

---

UNITED STATES OF AMERICA,

                    Plaintiff,                    Case No. 21-CR-231

v.

WESKENOHSAEH LATENDER,
a/k/a Weskenohseah Latender,

                      Defendant.

---

## SPECIAL VERDICT AND COMMITMENT ORDER

---

Pursuant to the parties stipulated facts, Docket No. 26, the sealed psychiatric report of Dr. Denver Johnson, Docket No. 16, as well as the representations of counsel and the defendant during today's trial to the bench, the Court finds the defendant, Weskenohsaeh Latender, not guilty only by reason of insanity of assault with intent to commit murder as charged in the indictment. Docket No. 10.

The Court further finds, based on the agreement of the parties and pursuant to 18 U.S.C. § 4243(a) and (e), that the defendant cannot show by clear and convincing evidence that her release would not create a substantial risk of bodily injury to another person due to a present mental disease or defect. The Court

therefore orders the defendant committed to the custody of the Attorney General for treatment in a suitable facility.

Dated at Green Bay, Wisconsin, this 2nd day of September, 2022.

s/ William C. Griesbach  
William C. Griesbach  
United States District Judge